No. 74. ERICSON ET AL. *v.* JORGENSEN ET AL. C. A. 8th Cir. Certiorari denied. *Hugh M. Morris* and *George R. Ericson* for petitioners. *John H. Bruninga* for respondents.

No. 76. SWARZ *v.* GOOLSBY. Supreme Court of Florida. Certiorari denied.

No. 78. SILBIGER *v.* PRUDENCE-BONDS CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Samuel Silbiger pro se. Charles M. McCarty* for Prudence Bonds Corporation, respondent.

No. 79. PADDOCK, TRUSTEE IN BANKRUPTCY, *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jacob I. Weinstein* and *Frank B. Appleman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 80. ESTATE OF REEVES ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Lee McCanliss* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott* and *Harry Baum* for respondent.

No. 82. GENERAL MOTORS CORP. *v.* BOLTEN. C. A. 7th Cir. Certiorari denied. *Alvin G. Hubbard* for petitioner. *Guy W. Green* for respondent.

No. 84. CONSUMERS COOPERATIVE ASSOCIATION *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. ET AL. C. A. 10th Cir. Certiorari denied. *Guy W. Green* for petitioner. *W. F. Peter* for respondents.